**George E. DAWKINS, Jr., Defendant Below–Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 304, 2015**

Supreme Court of Delaware.

Submitted: August 25, 2015

Decided: October 20, 2015

Court Below—Superior Court of the State of Delaware, in and for Kent County, Cr. ID 0703017301

AFFIRMED.

■

**Steven CARDWELL, Defendant Below, Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 136, 2015**

Supreme Court of Delaware.

Submitted: August 13, 2015

Decided: October 20, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID No. 1312007653

AFFIRMED.

■

**Michael K. WASHINGTON, Defendant Below, Appellant,**

**v.**

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 396, 2015**

Supreme Court of Delaware.

Submitted: October 16, 2015

Decided: October 20, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 1211022048

DISMISSED.